DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:    (510) 637-3723
    Facsimile:    (510) 637-3724
    E-mail:    Garth.Hire@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00174 HSG |
| Plaintiff, | |
| v. | STIPULATION REGARDING DISMISSAL OF CHARGES AND ORDER |
| NAIFARM SAECHAO, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Garth Hire, and defendant Naifarm Saechao (defendant), by and through his counsel of record, Joyce Leavitt, hereby stipulate as follows:

    1.    On March 2, 2018, the United States Probation Office (USPO) filed an amended Form 12 alleging that defendant violated the conditions of his probation (Docket No. 71). The amended Form 12 alleged four separate charges relating to the violations. On September 17, 2018, defendant

STIPULATION REGARDING DISMISSAL    1
OF CHARGES AND ORDER
CR 16-00174 HSG

admitted to Charges One and Four of the amended petition and on February 25, 2019, was sentenced to 130 months' imprisonment to be followed by five years of supervised release.

2. The parties therefore agree that the remaining charges in the amended petition, specifically, Charges Two and Three, should be dismissed.

IT IS SO STIPULATED.

Dated: April 22, 2019

DAVID L. ANDERSON
United States Attorney

/S/
_____
GARTH HIRE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

/S/                                             4/22/19
_____                     _____
JOYCE LEAVITT                                   Date
Attorney for Defendant
Naifarm Saechao

STIPULATION REGARDING DISMISSAL   2
OF CHARGES AND ORDER
CR 16-00174 HSG

**ORDER**

The Court has read and considered the Stipulation Regarding Dismissal of Charges.

THEREFORE, FOR GOOD CAUSE SHOWN:

Charges Two and Three in the amended violation petition are hereby dismissed on the agreement of the parties.

IT IS SO ORDERED.

4/22/2019
DATE

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING DISMISSAL
OF CHARGES AND ORDER
CR 16-00174 HSG

3